

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mario Hidalgo Cuenca

**Plaintiff,**

V.

See Attachment

**Defendant.**

**Civil Action No.**  26-cv-00641-JLS-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS IN PART Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Parties indicate that they have reached a settlement as to EAJA fees. Accordingly, the Court DENIES AS MOOT Petitioner's Motion for Attorney's Fees (ECF No. 9). This concludes the litigation in this matter.

**Date:**        6/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-00641-JLS-DDL</u>

Respondents:

John Archambeault
San Diego Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement ICE

Christopher J. Larose
Senior Warden, Otay Mesa Detention Center

Kristi Noem
Secretary, United States Department of Homeland Security

United States Department of Homeland Security

Pamela Bondi
Attorney General of The United States; Executive Office for Immigration Review EOIR

Sirce Owen
Acting Director, EOIR

Otay Mesa Immigration Court